UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANA BROWN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07CV1920 RWS |
| PASTA HOUSE COMPANY, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As discussed during today's hearing,

**IT IS HEREBY ORDERED** that the oral motion to substitute the correct corporate entity is granted, and defendant "Mighty Fine Pasta, Inc. d/b/a Pasta House Company" is substituted for defendant "Pasta House Company."

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2008.