UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:07CV1920 RWS |
| | ) |
| PASTA HOUSE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

On October 13, 2008, defendant filed a motion for summary judgment on plaintiff's claims as time-barred. In support of this motion, defendant has provided the Court with plaintiff's sworn responses to interrogatories indicating that he received his right-to-sue letter from the EEOC in person on August 15, 2007. Because plaintiff filed his complaint in this Court on November 15, 2007, it appears that plaintiff's claims are time-barred. Plaintiff has not opposed the motion for summary judgment, and his time for doing so has expired. Because plaintiff is proceeding pro se, I will give him a brief extension of time, up to and including January 9, 2009, to file a written opposition to summary judgment. If plaintiff does not timely comply with this Memorandum and Order, then the Court will rule on defendant's motion for summary judgment as unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff shall file his written opposition to defendant's motion for summary judgment by January 9, 2009, or the Court will rule on the motion as unopposed.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2008.